LAUGHLIN, J.: For the reasons given in *Liebowitz* v. *Long Island R. R. Co.* (*ante*, p. 949), decided herewith, I am of opinion that the judgment and order appealed from should be reversed and a new trial ordered, with costs to the appellant to abide the event. Clarke, P. J., concurred; Smith, J., concurred, being further of the opinion that the proof of the defendant's negligence was not sufficient to go to the jury; Dowling and Davis, JJ., dissented and voted for affirmance. Judgment and order reversed and new trial ordered, with costs to appellant to abide event.

---

ANTONIO SCARPINATO, Respondent, *v.* W. L. COSGROVE COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 29th day of June, 1915, upon the verdict of a jury, and also from an order entered on the same day denying a motion for a new trial. Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ. Scott and Dowling, JJ., dissented upon the ground that the finding of negligence on the part of the defendant is against the weight of evidence.

---

The People of the State of New York, Respondent, v. Nicholas Arnstein, Appellant, Impleaded, etc. — Judgment and orders affirmed. No opinion. (See *People* v. *Zayas*, 217 N. Y. 78.) Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Guiseppe Craprizzio, Appellant, v. Central New England Railway Company, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Dowling, J., dissented.

Solomon Marcus, an Infant, by Joseph Marcus, His Guardian ad Litem, Respondent, v. Sonie Krinsky and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Fanny Robin, Appellant, v. The City of New York and Another, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Edwin Gould, Respondent, v. Lida M. Fleitmann, as Administratrix, etc., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

Gustav Goldwasser, Respondent, v. George Barnett and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Sigmund L. Rosenfeld, Appellant, v. Isaac Jacobs, as Administrator, etc., Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Frederick W. Bahrenburg, Appellant, v. Felice J. Bahrenburg, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.